

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00797-CV

Eunice **VILLANUEVA**,
Appellant

v.

**STRUCTURAL REPAIR, LLC**; Isabel Alcantara; Frederick Marshall; Francis Check;
Bradley Bertelsen; Michael Ellington; and Jarrod McBride,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI22284
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's final judgment, signed on December 9, 2024, is AFFIRMED. It is ORDERED that costs are taxed against appellant.

SIGNED January 14, 2026.

_____
Rebeca C. Martinez, Chief Justice